IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO.  2:11CV1058-MEF |
| ) | (WO) |
| PROGRESSIVE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On December 13, 2011, the *pro se* plaintiff filed a Complaint and Motion for Leave to Proceed *In Forma Pauperis*.  (Doc. Nos. 1 & 2).  On January 9, 2012, the court ordered the plaintiff to file an Amended Motion to Proceed *In Forma Pauperis*, which includes an accurate and complete affidavit. (Doc. No. 6.)  The plaintiff was specifically advised that her failure to comply with the Order would result in a denial of her request to appear *in forma pauperis* and/or a Recommendation that this case be dismissed.  The plaintiff did not file an Amended Motion in compliance with this court's Order.

On January 26, 2012, the court entered an order denying the Motion for Leave to Proceed *In Forma Pauperis* and advising the plaintiff to submit the $350.00 filing fee on or before February 3, 2012.  (Doc. No. 9.)  On January 31, 2012, the plaintiff filed a Notice to Court of Non-Receipt.  (Doc. No. 10.)  The court subsequently granted the plaintiff an extension from February 3, 2012 to February 13, 2012 to either forward to the Clerk of this Court the $350.00 filing fee or submit an Amended Motion to Appear In Forma Pauperis in

compliance with this court's January 9, 2012 Order. (Doc. No. 11.) The plaintiff has neither submitted the Amended Motion to Appear *In Forma Pauperis* nor paid the $350.00 filing fee. Consequently, based on the plaintiff's failure to comply with this court's order to pay the full filing fee, the court concludes that the plaintiff has abandoned her claims.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that the Complaint be dismissed without prejudice. It is further

ORDERED that the parties shall file any objections to the said Recommendation on or before **March 2, 2012.** Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE this 17th day of February, 2012.

                                              <u>/s/ Terry F. Moorer</u>
                                              TERRY F. MOORER
                                              UNITED   STATES   MAGISTRATE   JUDGE