IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO.  2:11CV1058-MEF |
| ) | |
| PROGRESSIVE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On February 17, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 13.)  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED, and that this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this court and her failure to properly continue the prosecution of this case.

DONE this the 7th day of March, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE